MAGISTRATE JUDGE DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-5435 |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION TO |
| vs. ) | CONTINUE TRIAL DATE |
| KEVIN FERNANDEZ, ) | |
| Defendant. ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date be continued to November 13, 2006. The resulting period of delay from October 16, 2006 to November 13, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this 10th day of October, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

Presented By:

/s/ Jerome Kuh                     /s/ Glen Templeton
Attorney for Defendant        Special Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE                    1